We supported this position by citing our decision in *State v. Newsome* (1990), 71 Ohio App.3d 73 [593 N.E.2d 40], and Hamilton County's decision in *State v. Daniels* (1985), 26 Ohio App.3d 101 [26 OBR 276, 498 N.E.2d 227]. Accordingly, the only issue we certify to the Supreme Court is whether the amount is a factor in determining the crime of drug abuse."

MOYER, C.J., RESNICK and LUNDBERG STRATTON, JJ., dissent.

*Sua sponte,* cause consolidated with 97–1244, *infra.*

### 97–1349. State v. Thomas.

Cuyahoga App. Nos. 63719 and 63720. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

### 97–1373. State v. Evans.

Richland App. No. 96CA31. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and COOK, JJ., dissent.

### 97–1379. State v. Daniels.

Lorain App. No. 96CA006424. On motion for leave to file delayed appeal. Motion denied.

RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., dissent.

On motion to reinstate appeal bond. Motion denied.

### 97–1381. State v. Saffell.

Clark App. No. 3116. On motion for leave to file delayed appeal. Motion denied.

### 97–1406. State v. Albrecht.

Stark App. No. 1996CA00165. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY, J., dissents.

### 97–1411. O'Beirne v. Geauga Cty. Bd. of Elections.

In Mandamus. On answer of respondent and on motion for leave to intervene by Timberwood Farms, Ltd., and answer of intervening-respondent. Motion for leave to intervene granted; motion for leave to amend granted; *sua sponte,* alternative writ granted and briefing expedited.

MOYER, C.J., and PFEIFER, J., dissent and would dismiss the cause.

### 97–1417. State v. Webb.

Hamilton App. No. C–970091. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

### 97–1423. State v. Komadina.

Lorain App. No. 94CA005782. On motion for leave to file delayed appeal. Motion denied.

### 97–1427. Risk v. Woeste Eastside Motors, Inc.

Clermont App. No. CA96–10–088. On motion for stay of court of appeals' order. Motion denied.

F.E. SWEENEY, J., dissents.

### 97–1464. State v. Burgan.

Summit App. No. 17842. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

### 97–1476. State v. Earle.

Lake App. No. 96–L–051. On motion for leave to file delayed appeal. Motion granted.

MOYER, C.J., RESNICK and F.E. SWEENEY, JJ., dissent.

### 97–1488. Cater v. Cleveland.

Cuyahoga App. No. 70674. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Journal Entry filed July 7, 1997:

"The conflict in question is whether a governmental function and the absolute immunity provided it under R.C. 2744.01(C)(2)(u) is still subject to the exceptions to immunity provided in R.C. 2744.02(B)(3) and (4). The decisions in conflict with the opinion *sub judice* include *Hall v. Bd. of Edn.* (4th App. Dist 1996), 111 Ohio App.3d 690 [676 N.E.2d 1241], and *Siebenaler v. Village of Montpelier* (July 26, 1996), Williams App. No. WM–95–035, unreported [1996 WL 420873.]"